# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JERROD MARSHALL
ADC #163077                                              PLAINTIFF

v.                      No. 4:17-cv-596-DPM

MONTE MUNYAN, Nurse/LPN,
Faulkner County Detention Center;
KAREN GRANT, Nurse/LPN, FCDC;
and GARY ANDREWS, Lieutenant,
FCDC                                                    DEFENDANTS

## ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Marshall's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

15 November 2017