# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JERROD MARSHALL
ADC #163077                                              PLAINTIFF

v.                         No. 4:17-cv-596-DPM

MONTE MUNYAN, Nurse/LPN,
Faulkner County Detention Center;
KAREN GRANT, Nurse/LPN, FCDC;
and GARY ANDREWS, Lieutenant,
FCDC                                                    DEFENDANTS

## JUDGMENT

Marshall's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

15 November 2017